# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No:  7:22-CR-00015-001 |
| LeKendrick Chestnut | ) | |
| | ) | USM No:  13511-510 |
| Date of Original Judgment: May 18, 2023 | ) | |
| Date of Previous Amended Judgment: | ) | Timothy R. Saviello |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under Amendment 821 for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of           60           months **is reduced to**           57           .

Chestnut was originally sentenced on May 17, 2023, to a term of 60 months imprisonment to be served consecutively to the undischarged term of imprisonment in Lowndes County, Georgia Superior Court Case Number 16-CR-113-B. His imprisonment is to be followed by three years of supervised release. He is to pay $100 for his mandatory assessment.

The Court determined that his total offense level was 19 and his criminal history category was V, which yielded an advisory sentencing range of 57-71 months. His criminal history subtotal was seven (7). Two additional criminal history points were added for being under a criminal justice sentence when he committed the instant Federal offense. An additional point was added for convictions of two crimes of violence which were treated as a single sentence. This resulted in 10 criminal history points which yielded a criminal history category V.

Based on retroactive Amendment 821, Part A to the United States Sentencing Guidelines, defendants with seven (7) or more criminal history points receive one point for being under a criminal justice sentence instead of two when he was originally sentenced. A total of nine (9) criminal history points yields a criminal history category IV. A total offense level 19 with a criminal history category IV, yields an advisory sentencing range of 46-57 months.

The Government opined that the defendant is eligible for a reduction and recommended a custodial sentence of 57 months. The Court concurs and imposes a sentence of 57 months.

Except as otherwise provided, all provisions of the judgment dated           May 18, 2023           shall remain in effect.

**IT IS SO ORDERED**.

Order Date:           1/29/2024                                s/Hugh Lawson
                                                                                    *Judge's signature*

Effective Date:     February 1, 2024                     Hugh Lawson, Senior U.S. District Judge
                    *(if different from order date)*                        *Printed name and title*